# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**-FILED-**

MAY -5 2025

At ___
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA ___ M

Jacob C. Brier ,

*[You are the PLAINTIFF, print your full name on this line.]*

v.

Director Bridegroom ,

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number ___3:25-cv-402___

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Director Bridegroom Medical/mental health Director | Westville correctional facility 5501 south 1100 west Westville, In. 46391 |
| 2 | *[Put the names of any other defendants in these boxes.]* Centurion Centurion Health of Indiana | Indiana Government center south 5th floor 302 west washington Indianapolis, In. 46204 |
| 3 | Jason smiley Westville Warden | Westville correctional facility 5501 south 1100 west Westville, In. 46391 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ___6___

2. What is the name and address of your prison or jail? Westville correctional facility
5501 south 1100 west westville, In. 46391

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: ___

4. On what date did this event occur? November, 2024 - April, 2025

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

30

Prisoner Complaint

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 4 | MS Rodriguez<br><br>mental Health Provider | Westville correctional facility<br>5501 south 1100 west<br>Westville, In. 46891 |
| 5 | MS Peterson<br><br>RWI Director | Westville correctional facility<br>550 south 1100 west<br>Westville, In. 46891 |
| 6 | Indiana Department of corrections<br><br>Central Office | Indiana Government Center South<br>302 west Washington<br>Indianapolis, In. 46204 |

Pro Se 14 (INND Rev. 2/20)                                                                     page 3

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

> **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

> **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. My name is Jacob Brier and I am a seriously mentally ill inmate who has suffered from mental illnesses since I was a young child that required multiple hospitalizations I also have a history of severe substance abuse, a history that stretches back to my youth as well I am currently housed in Westville control unit and have been since early 2024 I would like to start my complaint by addressing my substance abuse, after a number of overdoses from a multitude of drugs pills, heroine, fentynal, K-2, meth ect ect I was doing anything to get high and the health scares were becoming more frequent and terrifying and so I reached out to medical for help and eventually a woman came to see me on November 8, 2024 she introduced herself as Ms Peterson the director of Addiction Recovery Services I then told her my life story of severe substance Addiction and I asked her to please help me because I feared that if I didn't get help I would die eventually from an overdose

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

she told me that she had seen my drug abuse history in prison and on the streets and she told me that it was very clear that I needed help but she wasn't going to recommend treatment for me because I was an SMI inmate and that although RWI catered to alot of mentally ill inmates she didn't agree with the practice because in her opinion using drugs to treat someone with a drug problem was assinine I asked her if there was anything else that she could do to help me because I was scared she said "no you need to shake this addiction yourself if your really serious about getting clean and fear for your life you will stop self preservation is the strongest instinct a human has" she flat out refused me help after I explained the multiple near death events that I's had from overdosing in prison she had even confirmed that she had read the reports concerning my drug abuse failed urine tests and all I had even gone into great detail describing the most recent over dose a month prior which led to me seeking help after almost dying from pills and since then my abuse has only worsened I feel like I am spiraling out of control

I am suing MS Peterson for violating my equal protection rights she told me she wasn't going to treat me because I had mental illness which I don't understand because that has nothing to do with treating

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)

Claims and Facts (continued)

me she admitted that other mentally ill inmates are being treated for substance abuse, but she doesn't agree with it but that doesn't give her the right to refuse me treatment because she has a personal prejudice against something

I am also suing ms paterson for deliberate indifference to serious medical needs she was aware that I had been overdosing and needed treatment she admitted that and still refused me treatment

And finally I am suing her for violating my rights under the Americans with Disabilities Act she blatantly discriminated against me because of my mental illness essentially saying that I don't deserve the same treatment as other inmates

In the subsequent months I filed multiple grievances and complaints to various officials about ms Petersons behavior and about other issues plaguing me, those other issues eventually lead to litigation those grievances and complaints at the facility level went unanswered I recently spoke with the new mental health provider ms Rodriguez about my seriously mentally ill (SMI) code being stripped from me I complained to her that a person does not just stop being seriously mentally ill that while there are periods when their symptoms

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

## Claims and Facts (continued)

stabilize there is no cure. she agreed with me and told me that she was sympathetic to my afflictions she then told me that she could lose her job for what she was about to reveal to me and asked me to promise that I would not mention her as the person who told me. I promised her and she told me that she had met with the facility's mental health director who informed her that my SMI code had been stripped because I filed lawsuits and grievances about my continued detention in solitary confinement. she said that the director revealed to her that the decision had ultimately come down from Centurion higher ups and the facility warden who was acting on orders from Central office, officials she said that she was directed to "basically falsify your records" quote on quote her words she said that the mental health director told her that she was to disregard anything I said to her because I was faking and that she was to write that I was stable, so that my lawsuit didn't "go anywhere" I was not surprised because it was on par with everything I am going through in this place. being refused help and treatment on all levels and constant harrassment from C.O's

I am suing Centurion Health of Indiana, Indiana Department of Corrections, Jason smiley,

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                          page 7

## Claims and Facts (continued)

Director Bridegroom, and Ms Rodriguez, for conspiracy to deprive me of my constitutional rights under the Americans with Disabilities Act, Equal Protection, Retaliction, and deliberate indifference to serious medical needs

Ms Rodriguez is ~~not~~ a willing participant in this conspiracy and while it is true she revealed the conspiracy she also admitted to me that she is only "following Orders" in regard to her falsifying the events that take place during our sessions

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

5. When did this event happen?
- ◯ Before I was confined.
- ◯ While I was confined awaiting trial.
- ● After I was convicted while confined serving the sentence.
- ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
- ◯ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ◯ No, this event is not grievable at this prison or jail.
- ● Yes, I filed a grievance and attached is a copy of the response from the final step.
- ◯ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

The exact amount of damages suffered cannot be precisely calculated at this time but includes among other things attorney's fees, embarrassment, physical damages and extreme emotional distress.

_____

[*Initial Each Statement*]

_JB_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

_JB_ I will keep a copy of this complaint for my records.

_JB_ I will promptly notify the court of any change of address.

_JB_ I WILL NOT send more than one copy of any filing to the court.

_JB_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.

_JB_ I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on _4_ / _14_ /20_25_ at _10.00_ am/pm.
   [*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_____          228852
Signature                             Prisoner Number

   [*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]